# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harwood, Bruce A. | United States Bankruptcy Court - District of New Hampshire | 07/31/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1000 Elm Street
Manchester, NH 03101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Bankruptcy Institute |
| 2. Trustee | Trust #1 ( ▨ member sole beneficiary) |
| 3. Trustee | Trust #2 ( ▨ member sole beneficiary) |
| 4. Trustee | Trust #3 ▨ member sole beneficiary) |
| 5. Trustee | Trust #4 ( ▨ member sole beneficiary) |
| 6. Trustee | Trust #5 ( ▨ member sole beneficiary) |
| 7. Trustee | Trust #6 ▨ member sole beneficiary) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | February 28 - March 4, 2014 | New York,NY | Judge in Moot Court Competition | Transportation, Lodging, Meals |
| 2. | American College of Bankruptcy | March 13 - 15, 2014 | Washington, DC | Induction Ceremony, Fellows Meeting and Educational Programs | Transportation, Lodging, Meals |
| 3. | American Bankruptcy Institute | April 24 - 28, 2014 | Washington, DC | Annual Spring Meeting (teach)(board of directors meeting) | Transportation, Lodging, Meals |
| 4. | Turnaround Management Association | May 7-8, 2014 | Chicago, IL | Educational Seminar (teach) | Transportation, Lodging, Meals |
| 5. | Federal Judicial Center | June 16-18, 2014 | Washington, DC | Chief Judges Training | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harwood, Bruce A. | 07/31/2015 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 6. | American Bankruptcy Institute | July 16-18, 2014 | Stowe, VT | Educational Seminar (teach) | Transportation, Lodging, Meals |
| 7. | Federal Judicial Center | August 13-15. 2014 | Boston, MA | Educational Seminar | Transportation, Lodging, Meals |
| 8. | National Conference of Bankruptcy Judges | October 9 - 12, 2014 | Chicago, IL | Educational Seminar and Meeting | Transportation, Lodging |
| 9. | Massachusetts Continuing Legal Education | November 5, 2014 | Boston, MA | Educational Seminar (teach) | Transportation, Meals |
| 10. | American Bankruptcy Institute | December 4-6, 2014 | La Quinta, CA | Educational Seminar and board of directors meeting | Transportation, Lodging, Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common ABT - ABBOT LABORATORIES | A | Dividend | J | T | | | | | |
| 2. Common ABBV - ABBVIE INC COM | A | Dividend | J | T | | | | | |
| 3. Common APD - AIR PROD 7 CHEM INC | A | Dividend | J | T | | | | | |
| 4. Common ACE - ACE LTD | A | Dividend | J | T | Buy (add'l) | 09/09/14 | J | | |
| 5. Common MO - ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 6. Common BUD - ANHEUSER-BUSCH INBEV SA | A | Dividend | J | T | Buy | 06/12/14 | J | | |
| 7. Common AAPL - APPLE INC | A | Dividend | K | T | | | | | |
| 8. Common - ASML - ASML HLDG NV NY REG NEW | A | Dividend | J | T | | | | | |
| 9. Common ADP - AUTOMATIC DATA PROCESSING INC | A | Dividend | J | T | | | | | |
| 10. Common BLK - BLACKROCK INC | A | Dividend | J | T | | | | | |
| 11. CMNIX - CALAMOS MARKET NEUTRAL INC I FUND | A | Dividend | K | T | | | | | |
| 12. Common CAT - CATERPILLAR INC | A | Dividend | J | T | | | | | |
| 13. Common - CP CANADIAN PACIFIC RAILWAY | A | Dividend | J | T | | | | | |
| 14. Common - CELG - CELGENE CORP | | None | J | T | Buy | 10/21/14 | J | | |
| 15. Common CVX - CHEVRON CORP | A | Dividend | K | T | Buy | 12/19/14 | J | | |
| 16. Common EOG - EOG RESOURCES | A | Dividend | J | T | | | | | |
| 17. Common FOXA - TWENTY-FIRST CENTURY FOX | A | Dividend | J | T | Buy | 04/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Common COP - CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 19. Common DEO - DIAGEO PLC SPON ADR NEW | A | Dividend | J | T | Buy | 12/19/14 | J | | |
| 20. Common EL - ESTEE LAUDER CO INC CL A | A | Dividend | J | T | | | | | |
| 21. Common - XOM EXXON MOBIL CORP | A | Dividend | J | T | | | | | |
| 22. Common BEN - FRANKLIN RESOURCES | A | Dividend | J | T | | | | | |
| 23. Common FCX - FREEPORT MCMORAN CP&GLD | A | Dividend | | | Sold | 10/21/14 | J | | |
| 24. Common GE - GENERAL ELECTRIC CO | A | Dividend | J | T | Sold (part) | 02/14/14 | J | A | |
| 25. Common - GILD - GILEAD SCIENCE | | None | J | T | Buy | 02/11/14 | J | | |
| 26. Common HSBC - HSBC HOLDING PLC SPON ADR NEW | A | Dividend | | | Sold (part) | 04/04/14 | J | A | |
| 27. | | | | | Sold (part) | 06/12/14 | J | A | |
| 28. | | | | | Sold | 09/09/14 | J | A | |
| 29. Common INTC - INTEL CORP | A | Dividend | J | T | | | | | |
| 30. Common IBM - INTL BUSINESS MACHINES CORP | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 31. Common ISRG - INTUITIVE SURGICAL INC | | None | | | Sold | 01/29/14 | J | B | |
| 32. Common KO - COCA COLA CO | A | Dividend | J | T | | | | | |
| 33. Common NVS - NOVARTIS AG | A | Dividend | J | T | | | | | |
| 34. IQHX - IQ ALPHA HEDGE STRAT INST FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Common TIP - ISHARES BARCLAYS TIPS BD ED | D | Dividend | N | T | Buy (add'l) | 03/10/14 | K | | |
| 36. Common SCZ - ISHARES TR MSCI SMALL CAP | B | Dividend | L | T | | | | | |
| 37. Common JNJ - JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 38. Common JPM - JPMORGAN & CHASE CO | A | Dividend | J | T | | | | | |
| 39. Common KRFT - KRAFT FOODS GROUP INC COM | A | Dividend | J | T | | | | | |
| 40. Common MCD - MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 09/09/14 | J | A | |
| 41. Common MRK - MERCK & CO INC NEW COM | A | Dividend | J | T | | | | | |
| 42. Common MDLZ - MONDELEZ INTL INC COM | A | Dividend | J | T | | | | | |
| 43. Common NSRGY - NESTLE SPON ADR REP REG SHR | A | Dividend | J | T | | | | | |
| 44. Common NWSA - NEWS CORP LTD CL A DEL | | None | J | T | Buy (add'l) | 12/24/14 | J | | |
| 45. Common NVO - NOVO NORDISK A/S ADR | A | Dividend | J | T | | | | | |
| 46. Common OXY - OCCIDENTAL PETROLEUM CORP DE | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 47. Common ORCL - ORACLE CORP | A | Dividend | J | T | | | | | |
| 48. Common PEP - PEPSICO INCE NC | A | Dividend | J | T | | | | | |
| 49. Common PM - PHILIP MORRIS INTL INC | A | Dividend | K | T | Buy (add'l) | 02/14/14 | J | | |
| 50. Common PSX - PHILLIPS 66 COM | A | Dividend | J | T | | | | | |
| 51. PALPX - PIMCO ALL ASSET P FUND | B | Dividend | K | T | Buy (add'l) | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PCRPX - PIMCO COMMOD REAL RET STRATP FUND | A | Dividend | L | T | Buy (add'l) | 01/03/14 | J | | |
| 53. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 54. | | | | | Sold (part) | 12/19/14 | J | | |
| 55. PFBPX - PIMCO FOREIGN BD US $ HEDGETD P FUND | E | Dividend | M | T | | | | | |
| 56. Common PX - PRAXAIR INC | A | Dividend | J | T | | | | | |
| 57. Common PG - PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 58. Common QCOM - QUALCOMM INC | A | Dividend | J | T | | | | | |
| 59. IPPXX - INVESCO PREMIER INST FUND | A | Distribution | | | Sold | 03/10/14 | K | | |
| 60. Common RHHBY - ROCHE HOLDINGS ADR | A | Dividend | J | T | | | | | |
| 61. Common RDS'A - ROYAL DUTCH SHELL PLC | A | Dividend | J | T | Sold (part) | 04/04/14 | J | B | |
| 62. Common SBMRY - SABMILLER PLC SPONS ADR | A | Dividend | J | T | Buy (add'l) | 04/04/14 | J | | |
| 63. Common RWX - SPDR DJ WILSHIRE INTL REAL EST | B | Dividend | K | T | | | | | |
| 64. Common TFI - SPDR NUVEEN BARCLAYS CAPITAL M | C | Int./Div. | M | T | | | | | |
| 65. Common STT - STATE STREET CORP | A | Dividend | J | T | Buy (add'l) | 09/09/14 | J | | |
| 66. Common TGT - TARGET CORP | A | Dividend | J | T | Buy (add'l) | 02/14/14 | J | | |
| 67. | | | | | Sold (part) | 06/12/14 | J | A | |
| 68. Common TXN - TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Common TWC - TIME WARNER CABLE INC NEW | A | Dividend | J | T | | | | | |
| 70. Common TOT - TOTAL S A SPON ADR | A | Dividend | J | T | | | | | |
| 71. Common UNP - UNION PACIFIC CORP | A | Dividend | J | T | Buy | 02/03/14 | J | | |
| 72. Common UTX - UNITED TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 73. Common VWO - VANGUARD FTSE EMERGING MARKETS E | C | Dividend | M | T | Buy (add'l) | 01/03/14 | J | | |
| 74. Common VUG - VANGUARD GROWTH ETF | C | Dividend | N | T | | | | | |
| 75. Common VEA - VANGUARD FTSE DEVELOPED MARKETS ETF | D | Dividend | M | T | | | | | |
| 76. Common VNQ - VANGUARD REIT ETF | B | Dividend | L | T | | | | | |
| 77. Common BSV - VANGUARD SHORT TERM BND | B | Dividend | M | T | | | | | |
| 78. Common VBK - VANGUARD SM CAP GROWTH ETF | A | Dividend | L | T | | | | | |
| 79. Common VBR - VANGUARD SM VALUE ETF | B | Dividend | L | T | | | | | |
| 80. Common BND - VANGUARD TOTAL BOND MARKET | C | Dividend | L | T | | | | | |
| 81. Common VTV - VANGUARD VALUE ETF INDEX | D | Dividend | N | T | | | | | |
| 82. Common WMT - WAL MART STORES | A | Dividend | J | T | | | | | |
| 83. Common WAG - WALGREEN CO | A | Dividend | J | T | | | | | |
| 84. Common DIS - WALT DISNEY HOLDING CO | | None | J | T | | | | | |
| 85. Common XLNX - XILINX INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PEIXX - INVESCO PREMIER TX EXEMPT INST FUND | | None | J | T | | | | | |
| 87. CITIBANK N.A. Money Market Account (Bank Deposit Program) | A | Interest | | | Sold | 06/30/14 | J | | |
| 88. CITIZENS BANK - deposit accounts | A | Interest | M | T | | | | | |
| 89. Common BENGUET CORP | | None | J | T | | | | | |
| 90. Common ENERGIZER HOLDINGS INC (Custodian) | A | Dividend | J | T | | | | | |
| 91. Common BOEING COMPANY (Custodian) | | None | J | T | | | | | |
| 92. Trust #1 (H) | | | | | | | | | |
| 93. - CITIZENS BANK - bank accunt | A | Interest | J | T | | | | | |
| 94. - TD BANK - bank account | A | Interest | K | T | | | | | |
| 95. - HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |
| 96. Trust #2 (H) | | | | | | | | | |
| 97. - TD BANK - bank account | A | Interest | K | T | | | | | |
| 98. - HAMPSHIRE FIRST BANK - bank account | A | Interest | J | T | | | | | |
| 99. Trust #3 (H) | | | | | | | | | |
| 100. - CITIZENS BANK - bank account | A | Interest | K | T | | | | | |
| 101. - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 102. Trust #4 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 104.  Trust #5 (H) | | | | | | | | | |
| 105.  - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 106.  Trust # 6 (H) | | | | | | | | | |
| 107.  - HAMPSHIRE FIRST BANK - bank account | A | Interest | K | T | | | | | |
| 108.  Common PRINCIPAL FINANCIAL GROUP INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwood, Bruce A. | 07/31/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce A. Harwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544